1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARMANDO HERRERA,

11          Plaintiff,              No. CIV S-10-1744 GEB EFB P

12     vs.

13   GARDNER, et al.,

14          Defendants.             ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He requests an extension of time to file objections to the January 4, 2011

18   findings and recommendations.  *See* Fed. R. Civ. P. 6(b).

19        Plaintiff's January 11, 2011 request is granted and plaintiff has 30 days from the date this

20   order is served to file objections to the January 4, 2011 findings and recommendations.

21        So ordered.

22   DATED:  January 21, 2011.

23                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26