IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO HERRERA,

    Plaintiff,　　　　　　　　No. CIV S-10-1744 GEB EFB P

vs.

GARDNER, et al.,

    Defendants.　　　　　　　ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

/

    Armando Herrera, inmate # C-32722, a necessary and material witness in a hearing in this case, is confined in California Medical Facility, 1600 California Drive, Vacaville, CA, 95696, in the custody of the Warden.  In order to secure this inmate's attendance a Writ of Habeas Corpus ad Testificandum must issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan.  The inmate shall appear from the institution by video conference at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Wednesday, April 20, 2011 at 10:00 a.m.

    Accordingly, it is hereby ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a hearing by video conference at the time and place above, until completion of the hearing or as ordered by Judge

1

1  Edmund F. Brennan; and

2     2.  The custodian is ordered to notify the court of any change in custody of this

3  inmate and is ordered to provide the new custodian with a copy of this writ.

4  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

5  **To: Warden, California Medical Facility, 1600 California Drive, Vacaville, CA 95696:**

6     We ORDER you to produce the inmate named above to testify before the

7  undersigned by video conference at the time and place above, until completion of the settlement

8  conference or as otherwise ordered by the court.

9     Further, we ORDER you to notify the court of any change in custody of the

10  inmate and to provide the new custodian with a copy of this writ.

11  Dated:  April 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE