IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO HERRERA,

      Plaintiff,                    No. CIV S-10-1744 GEB EFB P

    vs.

GARDNER, et al.,

      Defendants.            <u>ORDER</u>

      On April 20, 2011, the parties appeared before the undersigned for a hearing on plaintiff's motion for injunctive relief and the court's order to show cause regarding sanctions.

      Upon further consideration, it is hereby ORDERED that:

      1. Within two days of the classification committee meeting regarding plaintiff's classification and/or placement, regardless of the date of that meeting, defendants must submit further briefing explaining the procedures CDCR is taking and will take in the future to ensure plaintiff's safety.

////

////

////

////

1

2. For the reasons stated on the record, Monica Anderson, Diana Esquivel, and the California Attorney General's Office are jointly sanctioned in the amount of $200 for failure to respond to the court's March 31, 2011 order. This sum shall be paid to the Clerk of the Court no later than thirty days from the date of this order.

Dated: April 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE