IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO HERRERA,

    Plaintiff,                    No. CIV S-10-1744 GEB EFB P

    vs.

GARDNER, et al.,

    Defendants.              <u>ORDER</u>

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' June 3, 2011 motion to dismiss. *See* Fed. R. Civ. P. 6(b).

       He has also requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

////

////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's October 18, 2011 motion is granted and plaintiff has 30 days from the date
3  this order is served to file and serve his opposition; and

4  2. Plaintiff's October 21, 2011 motion for appointment of counsel is denied.

5  So ordered.

6  DATED: October 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2