IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO HERRERA,

      Plaintiff,                       No. CIV S-10-1744 GEB EFB P

      vs.

GARDNER, et al.,

      Defendants.           ORDER
_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court is in receipt of a letter from the Law Offices of Lorraine Anderson, an attorney who has not appeared as the attorney of record for plaintiff in accordance with Local Rule 182(a). Accordingly, the court will disregard the December 21, 2011 letter (Dckt. No. 90).

      So ordered.

DATED: February 23, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE