IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO HERRERA,

    Plaintiff,                      No. CIV S-10-1744 GEB EFB P

    vs.

GARDNER, et al.,

    Defendants.              <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 12, 2012, plaintiff requested an extension of time to file and serve objections to the February 22, 2012 findings and recommendations, which recommend that defendants' motion to dismiss be granted. *See* Fed. R. Civ. P. 6(b).

      In his request for an extension of time, plaintiff states that he has a mental handicap and that he is "slow in the head." Dckt. No. 97. On March 5, 2012, plaintiff, through the assistance of another inmate, filed a request for appointment of counsel on the grounds that plaintiff has a mental illness and a learning disability and that he has not received adequate law library time to work on this case. Dckt. No. 95. The court denied that motion on March 12, 2012. Dckt. No. 96. However, it appears from plaintiff's filings that he needs additional time to prepare his objections because of his claimed mental state and limited law library access. Good cause

1   appearing, plaintiff's request for an extension of time (Dckt. No. 97) is granted and plaintiff shall
2   file and serve his objections to the February 22, 2012 findings and recommendations within 30
3   days from the date this order is filed.
4       So ordered.
5   DATED: March 16, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE